1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
AMBER P. ROBERTS,                              )
                                               )
9                          Plaintiff,          )      Case No. C11-5296 JRC
            v.                                 )
10                                             )      **ORDER GRANTING APPLICATION
   MICHAEL J. ASTRUE, Commissioner of the      )      TO PROCEED IN FORMA PAUPERIS**
11 Social Security Administration,             )
                                               )
12                         Defendant.          )
   _____)

13          Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED.  Plaintiff

14 does not appear to have funds available to afford the $350.00 filing fee.

15          The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper

16 service of the complaint on the appropriate parties.  **It is the responsibility of plaintiff and**

17 **plaintiff's attorney to properly serve copies of the complaint along with appropriate**

18 **summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

19          DATED this 19th day of April, 2011.

20

21                                             J. Richard Creatura
                                               United States Magistrate Judge
22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1