United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMBER P. ROBERTS, | NO. 3:11-cv-5296-BHS-JRC |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO AMEND THE BRIEFING SCHEDULE |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the plaintiff's motion to amend the briefing schedule (ECF No. 12) and with no objection from defendant, it is hereby ordered that the briefing schedule in this matter is amended as follows:

- Plaintiff shall file the Opening Brief on or before August 25, 2011.
- Defendant shall file the Responsive Brief on or before September 22, 2011.
- Plaintiff shall file the optional Reply Brief on or before October 6, 2011.
- Oral argument, if desired, shall be requested by October 13, 2011.

DATED this 27th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - [3:11-cv-5296-BHS-JRC]- 1