UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMBER P. ROBERTS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C11-5296BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The decision by the Administrative Law Judge is **REVERSED** and the action is **REMANDED** to the Social Security Administration for further consideration as discussed in the R&R.

Dated this 12th day of March, 2012.

    BENJAMIN H. SETTLE
    United States District Judge

ORDER